UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Rodriguez Rodriguez,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>Calvin Johnson, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:22-cv-00912-ART-DJA<br><br>Order Granting Motion to File Amended Petition to April 14, 2025<br><br>(ECF No. 20) |

The Federal Public Defender, counsel for 28 U.S.C. § 2254 habeas corpus Petitioner Jesus Rodriguez Rodriguez, moves the Court for an extension of time to file an amended petition. (ECF No. 20.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 20) is GRANTED** *nunc pro tunc*. **The deadline is extended to April 14, 2025**.

Dated this 4th day of April 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE