UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Rodriguez Rodriguez,<br><br>                              Petitioner,<br>       v.<br>Calvin Johnson, et al.,<br><br>                              Respondents. | Case No. 2:22-cv-00912-ART-DJA<br><br>Order Granting Extension of Time to File Response to Petition to September 12, 2025<br><br>(ECF No. 23) |

Respondents ask the Court for an extension of time to file a response to Jesus Rodriguez Rodriguez's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 23.) Good cause appearing,

It is ordered that Respondents' unopposed motion for extension of time to file a response to the petition **(ECF No. 23) is GRANTED** *nunc pro tunc*. **The deadline is extended to September 12, 2025**.

Dated this 16th day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1