UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Rodriguez Rodriguez,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>Calvin Johnson, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:22-cv-00912-ART-DJA<br><br>Order Granting Extension of Time to File Response to Petition to October 13, 2025<br><br>(ECF No. 25) |

　　　Respondents ask the Court for an extension of time to file a response to Jesus Rodriguez Rodriguez's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 25.) Good cause appearing,

　　　It is ordered that Respondents' unopposed motion for extension of time to file a response to the petition **(ECF No. 25) is GRANTED** *nunc pro tunc.* **The deadline is extended to October 13, 2025**.

　　　Dated this 12th day of September 2025.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1