1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Rodriguez Rodriguez, | Case No. 2:22-cv-00912-ART-DJA |
| Petitioner, | Order Granting Motion to Seal and Granting Extension of Time to File Response to Petition to November 13, 2025 |
| v. | |
| Calvin Johnson, et al., | |
| Respondents. | (ECF Nos. 29, 32) |

10    Respondents ask the Court for an extension of time to file a response to

11 Jesus Rodriguez Rodriguez's 28 U.S.C. § 2254 habeas corpus petition. (ECF No.

12 32.) Good cause appearing, the motion is granted.

13    Respondents have also filed a motion for leave to file an exhibit *in camera*

14 and under seal. (ECF No. 29.) While there is a presumption favoring public access

15 to judicial filings and documents, *see Nixon v. Warner Communications, Inc.*, 435

16 U.S. 589, 597 (1978), a party seeking to seal a judicial record may overcome the

17 presumption by demonstrating "compelling reasons" that outweigh the public

18 policies favoring disclosure, *Kamakana v. City and County of Honolulu*, 447 F.3d

19 1172, 1178-79 (9th Cir. 2006) (citations omitted). In general, "compelling reasons"

20 exist where the records may be used for improper purposes. *Id.* at 1179 (citing

21 *Nixon*, 435 U.S. at 598). Here, Respondents ask to file Rodriguez's presentence

22 investigation report ("PSI") *in camera* and under seal because it is confidential

23 under state law as well as Nevada Department of Corrections regulations. (ECF

24 No. 29.) The Court has reviewed the PSI and concludes that Respondents have

25 demonstrated compelling reasons to file the PSI under seal. However, the PSI

26 does not appear to include information that is so sensitive that it would pose a

27 security threat if Petitioner submitted the proper documentation to his

28 caseworker and viewed the PSI. Accordingly, the motion is granted in part, and

1

1    the PSI will remain under seal.

2        It is therefore ordered that Respondents' unopposed motion for extension

3    of time to file a response to the petition **(ECF No. 32) is GRANTED** *nunc pro tunc.*

4    **The deadline is extended to November 13, 2025**.

5        It is further ordered that Respondents' motion for leave to file exhibit *in*

6    *camera* and under seal is **(ECF No. 29) is GRANTED in part and DENIED in**

7    **part**. The exhibit will remain under seal.

8

9        Dated this 16th day of October 2025.

10

11

12    _____
     ANNE R. TRAUM
13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28