UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JESUS RODRIGUEZ RODRIGUEZ,

Petitioner,

v.

CALVIN JOHNSON,

Respondents.

Case No. 2:22-cv-00912-ART-DJA

ORDER

Petitioner Jesus Rodriguez Rodriguez requests an extension of time to file his reply in support of his amended petition. (ECF No. 35.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner Jesus Rodriguez Rodriguez's Motion for Extension of Time (ECF No. 35) is granted. Rodriguez has until February 27, 2026, to file his reply.

DATED THIS 13th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1