UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS RODRIGUEZ RODRIGUEZ, | Case No. 2:22-cv-00912-ART-DJA |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, | |
| Respondents. | |

Petitioner Jesus Rodriguez Rodriguez requests an extension of time to file his reply in support of his amended petition. (ECF Nos. 37, 38.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 37) is granted *nunc pro tunc.*

It is further ordered that Petitioner's third unopposed Motion for Extension of Time (ECF No. 38) is granted. Rodriguez has until April 27, 2026, to file his reply.

DATED THIS 27th day of April, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1